IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3094 |
| vs. | FINAL ORDER OF FORFEITURE |
| OSCAR EULALIO SANDOVAL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 77). On March 12, 2019, the Court entered a Preliminary Order of Forfeiture (filing 72) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to distribution of methamphetamine in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. Filing 64; filing 65 at 1; filing 70 at 19-20. By way of the preliminary order of forfeiture, the defendant's interest in $6,770 in United States currency was forfeited to the United States. Filing 72.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on March 14, 2019, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 76) was filed on May 17, 2019. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 77) is granted.

2. All right, title, and interest in and to the $6,770 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 6th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge